## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R3 LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>O(1) LABS OPERATING )<br>CORPORATION and O(1) LABS, LLC )<br>)<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 19-2020-MN |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff R3 LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 9, 2019

Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

*/s/ Keith A. Walter*
Keith A. Walter (#4157)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
keith.walter@dbr.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 9, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Keith A. Walter*
                                                Keith A. Walter (#4157)